1 | BENJAMIN B. WAGNER
United States Attorney
2 | DAVID A. PETERSEN
Special Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-mj-00157-CKD |
| Plaintiff, | ORDER CONTINUING BENCH TRIAL |
| v. | |
| JORGE CASTILLO, | Date: July 16, 2012 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

It is hereby ordered that the bench trial set for July 16, 2012, is continued to August 6, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 12, 2012          /s/ Carolyn K. Delaney
                              HON. CAROLYN K. DELANEY
                              United States Magistrate Judge