BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORGE CASTILLO,<br><br>    Defendant. | No. 2:12-mj-00157-CKD<br><br>ORDER CONTINUING BENCH TRIAL<br><br>Date:   August 6, 2012<br>Time:   9:30 a.m.<br>Judge:  Hon. Carolyn K. Delaney |

It is hereby ordered that the bench trial set for August 6, 2012, is vacated and a change of plea is set for August 9, 2012, at 9:30 a.m.

    IT IS SO ORDERED.

Dated: July 23, 2012        /s/ Carolyn K. Delaney
                                    HON. CAROLYN K. DELANEY
                                    United States Magistrate Judge